UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF DETROIT,

    Plaintiff,

                                            Case No. 24-cv-10775
v.                                 Hon. Matthew F. Leitman

UNITED STATES DEPARTMENT
OF COMMERCE, *et al.*,

    Defendant.

_____/

## ORDER (1) RESOLVING DEFENDANTS' MOTION TO MODIFY SCHEDULE AND (2) TERMINATING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Now pending before the Court are two motions: Plaintiff's Motion for Partial Summary Judgment (ECF No. 7) and Defendants' Motion to Modify Schedule (ECF No. 8). The Court held an on-the-record status conference with counsel on May 10, 2024, to discuss both motions. For the reasons explained on the record during the conference, **IT IS HEREBY ORDERED** that the motions are resolved as follows:

1. Plaintiff's Motion for Partial Summary Judgment is **TERMINATED WITHOUT PREJUDICE**.

2. Defendants shall file the complete administrative record by **May 31, 2024**.

3. Defendants shall file an Answer by **May 31, 2024**.

1

4. The parties may file omnibus motions for summary judgment by **June 20, 2024**. The combined motions and supporting briefs shall not exceed 60 pages.

5. The parties shall file responses to motions for summary judgment by **July 11, 2024**. The responses (inclusive of any supporting brief) shall not exceed 60 pages.

6. The parties shall file replies in further support of their motions for summary judgment by **July 25, 2024**.

**IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  May 10, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 10, 2024, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126