UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF DETROIT,

      Plaintiff,

v.

UNITED STATES DEPARTMENT
OF COMMERCE, et al.,

      Defendants.
_____/

Case No. 24-cv-10775
Hon. Matthew F. Leitman

**JOINT STIPULATION OF DISMISSAL
OF COUNTS I AND II WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), and consistent with the terms of the August 12, 2024 letter from United States Census Bureau Associate Director for Demographic Programs Dr. Victoria A. Velkoff to Detroit Mayor Michael E. Duggan, all parties hereby stipulate to the dismissal of Counts I and II of this action with prejudice, with each party to bear its own fees and costs related to Counts I and II.

Date: August 13, 2024               Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

/s/ Stephen M. Pezzi (with permission)
STEPHEN M. PEZZI (D.C. Bar 995500)
CHRISTIAN S. DANIEL (D.C. Bar 1600226)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202-305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

FINK BRESSACK

By: /s/ David H. Fink
David H. Fink (P28235)
Nathan J. Fink (P75185)
Philip D.W. Miller (P85277)
645 Griswold Street, Suite 1717
Detroit, Michigan 48226
(313) 387-3300

CITY OF DETROIT
LAW DEPARTMENT
Conrad L. Mallett, Jr. (P30806)
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
(313) 224-4550

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CITY OF DETROIT,

       Plaintiff,

v.

UNITED STATES DEPARTMENT
OF COMMERCE, et al.,

       Defendants.

Case No. 24-cv-10775
Hon. Matthew F. Leitman

_____/

## ORDER DISMISSING COUNTS I AND II WITH PREJUDICE

For the reasons stated in the Parties' Joint Stipulation and for good cause being shown, **IT IS HEREBY ORDERED** that:

Pursuant to Federal Rule of Civil Procedure 41(a), and consistent with the terms of the August 12, 2024 letter from United States Census Bureau Associate Director for Demographic Programs Dr. Victoria A. Velkoff to Detroit Mayor Michael E. Duggan, Counts I and II of this action are dismissed with prejudice, with each party to bear its own fees and costs related to Counts I and II.

    **IT IS SO ORDERED.**

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated: August 13, 2024