UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF DETROIT,

       Plaintiff,

v.

UNITED STATES DEPARTMENT
OF COMMERCE, et al.,

       Defendants.
_____/

Case No. 24-cv-10775
Hon. Matthew F. Leitman

**JOINT STIPULATION SETTING DEADLINES FOR SUPPLEMENTAL BRIEFING ON ARTICLE III STANDING AND RENEWED MOTIONS FOR SUMMARY JUDGMENT**

WHEREAS, on December 5, 2024, this Court entered an Order Terminating Motions for Summary Judgment (ECF Nos. 32 and 33) Without Prejudice (the "Order");

WHEREAS, the Order stated that the Court would "allow the parties to conduct expert discovery in order to develop an evidentiary record on the issue of standing. That period of discovery will include the exchange of expert reports and expert depositions. As further discussed on the record, the parties shall meet and confer in an effort to agree upon a schedule for the expert discovery and the re-filing of summary judgment motions following that period of discovery. Once the parties agree upon that schedule, they shall submit the schedule to the Court through a stipulated order."

1

WHEREAS, subsequent to entry of the Order, the parties conducted expert discovery, including the exchange of expert reports and expert depositions;

WHEREAS, counsel for Defendants and the City of Detroit have met and conferred regarding the re-filing of summary judgment motions and, pursuant to this Court's instruction at the July 18, 2025 status conference, supplemental briefing on Article III standing; and

WHEREAS, the parties have agreed on a schedule, which counsel for the parties have jointly communicated to this Court's chambers via email;

NOW, THEREFORE, Defendants and the City of Detroit stipulate as follows:

1. Plaintiff City of Detroit will file its supplemental opening brief on Article III standing (renewing its Motion for Summary Judgment and incorporating by reference the arguments in its prior Motion for Summary Judgment briefing) by **September 4, 2025**.

2. Defendants will file their supplemental response brief on Article III standing (renewing their Motion for Summary Judgment and incorporating by reference the arguments in their prior Motion for Summary Judgment briefing) by **September 25, 2025**.

3. The City of Detroit will file a supplemental reply brief on Article III standing by **October 2, 2025**.

                                                Respectfully submitted,

Dated: August 29, 2025          FINK BRESSACK

                                                By: */s/ David H. Fink*
                                                David H. Fink (P28235)
                                                Philip D.W. Miller (P85277)
                                                Nathan J. Fink (P75185)
                                                500 Griswold Street, Suite 2400
                                                Detroit, Michigan 48226
                                                (248) 971-2500

                                                CITY OF DETROIT
                                                LAW DEPARTMENT
                                                Conrad L. Mallett, Jr. (P30806)
                                                Coleman A. Young Municipal Center
                                                2 Woodward Avenue, Suite 500
                                                Detroit, Michigan 48226
                                                (313) 224-4550

                                                *Attorneys for Plaintiff City of Detroit*


                                                BRETT A. SHUMATE
                                                Assistant Attorney General
                                                Civil Division

                                                STEPHEN M. ELLIOTT
                                                Assistant Branch Director
                                                Federal Programs Branch

                                                By: */s/ Stephen M. Pezzi* (with permission)
                                                STEPHEN M. PEZZI
                                                Senior Trial Counsel
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch
                                                1100 L Street, NW
                                                Washington, D.C. 20005
                                                (202) 305-8576

                                                *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CITY OF DETROIT,

    Plaintiff,

v.

UNITED STATES DEPARTMENT
OF COMMERCE, et al.,

    Defendants.
_____/

Case No. 24-cv-10775
Hon. Matthew F. Leitman

## ORDER SETTING DEADLINES FOR SUPPLEMENTAL BRIEFING ON ARTICLE III STANDING AND RENEWED MOTIONS FOR SUMMARY JUDGMENT

For the reasons stated in the Parties' Joint Stipulation and for good cause being shown, **IT IS HEREBY ORDERED** that:

1. Plaintiff City of Detroit shall file its supplemental opening brief on Article III standing (renewing its Motion for Summary Judgment and incorporating by reference the arguments in its prior Motion for Summary Judgment briefing) by **September 4, 2025**.

2. Defendants shall file their supplemental response brief on Article III standing (renewing their Motion for Summary Judgment and incorporating by reference the arguments in their prior Motion for Summary Judgment briefing) by **September 25, 2025**.

4

3. The City of Detroit may file a supplemental reply brief on Article III standing by **October 2, 2025**.

   **IT IS SO ORDERED.**

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated:  September 2, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 2, 2025, by electronic means and/or ordinary mail.

                                       s/Holly A. Ryan
                                       Case Manager
                                       (313) 234-5126