UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE CITY OF DETROIT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br><br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-10775-MFL-APP<br>Hon. Matthew F. Leitman<br>Hon. Anthony P. Patti |

## **DEFENDANTS' MOTION FOR A TWO-WEEK EXTENSION OF TIME**

Defendants respectfully request a brief period of additional time—two weeks, from September 25 to October 9—to prepare their next summary-judgment brief in this case. As good cause for this request, Defendants offer the following:

1.　This case was filed by Plaintiff, the City of Detroit, in March of 2024. ECF No. 1. This is the second lawsuit filed by the City of Detroit relating to Detroit's 2021 and 2022 population estimates. Unlike in its first case, however,[1] in this case, Plaintiff has never filed any motion for any form of time-sensitive injunctive relief.

2.　Due to Plaintiff's failure to carry its burden on Article III standing as of the most recent summary-judgment hearing in this case, *see* Order, ECF No. 39, the parties were engaged in discovery for much of this year. The parties are currently in

---

[1] *See Detroit v. U.S. Dep't of Com.*, Case No. 22-cv-12205, 2023 WL 2667733 (E.D. Mich. Mar. 28, 2023) (denying Detroit's motion for a preliminary injunction).

1

the process of filing supplemental summary-judgment briefs about Article III standing. *See* Joint Stip. & Order, ECF No. 49. Plaintiff filed its latest brief on September 4. Defendants' brief is currently due next Thursday, September 25.

3. Counsel for Defendants respectfully requests a brief period of additional time—two weeks—to file Defendants' summary-judgment brief. Undersigned counsel's office within the Department of Justice (the Federal Programs Branch of the Civil Division) is currently facing an unusually large caseload of emergency motions. Undersigned counsel is thus currently consumed with several other significant and time-sensitive litigation matters, which have had (and will continue to have) merits briefing and other significant court deadlines throughout September and October (including significant, substantive filings due on September 11, September 16, September 19, September 26, September 30, October 3, October 9, and October 10). Some of those deadlines arose only after the most recent scheduling order in this case.

4. Since the departure of his co-counsel from the Department of Justice, *see* Mot. to Withdraw (July 15, 2025), ECF No. 46, undersigned counsel for Defendants has been the only attorney for Defendants assigned to this case. Since the most recent status conference, however—in which the parties and the Court discussed the possibility of a bench trial—Defendants have been in the process of trying to identify and onboard an additional attorney to assist in the defense of this matter. But it will take new counsel time to get up to speed on the issues in this case.

5. For these reasons, counsel for Defendants approached counsel for Detroit, by phone and email, about the possibility of reaching agreement on some mild modifications to the briefing schedule. *See* L.R. 7.1. Counsel for Plaintiff reported

earlier today that Detroit opposes any extension that would delay the closing of briefing or (if necessary) a bench trial.

6. Granting this extension, however, need not delay the (possible) bench trial that is currently scheduled for November 18. On the current schedule, Plaintiff is planning to file a reply brief within seven days of Defendants' next brief. If Plaintiff wishes to maintain that timing, this matter would be fully briefed (on Defendants' proposal) no later than October 16, which is more than a month before the currently scheduled trial date of November 18.

7. In addition, respectfully, there is simply no reason for any atypical urgency here. This well-aged dispute is a challenge to population estimates that are several years old, and the Court has already explained to counsel for Plaintiff that there is no basis to treat this case as some atypically time-sensitive emergency. *See* Hr'g Tr. 23:5-18 ("THE COURT: Look, also in the interest of candor, the fire drill, from my perspective, is over in this case. . . . I don't foresee, on my end, continuing to make this an emergency."). Defendants fully understand Detroit's desire for a speedy resolution—a desire shared by all parties, and by the Court—but that need not prevent the grant of a short and routine extension motion, under these circumstances.

8. For these reasons, Defendants respectfully request that their deadline to file their supplemental summary-judgment brief be extended by two weeks, from September 25 to October 9.

Date: September 19, 2025                      Respectfully submitted,

                                               BRETT A. SHUMATE
Assistant Attorney General
Civil Division

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*