UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE CITY OF DETROIT,<br><br>                                Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF COMMERCE, *et al.*,<br><br>                                Defendants. | Case No. 2:24-cv-10775-MFL-APP<br>Hon. Matthew F. Leitman<br>Hon. Anthony P. Patti |

## DEFENDANTS' UNOPPOSED MOTION FOR A STAY IN LIGHT OF LAPSE IN APPROPRIATIONS

The United States of America hereby moves for a stay of all proceedings in this case, including its October 9, 2025 deadline to file a supplemental summary-judgment brief. As good cause for this request, which Plaintiff does not oppose, the United States offers the following:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive Branch agencies, including Defendants the Department of Commerce and the United States Census Bureau. The Department does not know when such funding will be restored by Congress.

1

2. Absent an appropriation, Department of Justice attorneys and employees of the Department of Commerce and the United States Census Bureau are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings in this case (including its October 9, 2025 deadline to file a supplemental summary-judgment brief) until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations—*i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

5. Before filing this motion, counsel for Defendants conferred with counsel for Plaintiff. Although Plaintiff does not oppose this motion, counsel also asked counsel for Defendants include the following statement:

> Every day that this litigation is delayed, essential funding for Detroit is impeded. Contrary to Defendants' representation in their September 19, 2025 Motion to Extend Time that "there is no basis to treat this case as some atypically time-sensitive emergency," (ECF No. 52, PageID.3852), Detroit has consistently sought to advance this case to judgment as expeditiously as possible. The City served the disclosures of its expert witnesses Professors David Swanson and Jeffrey Morenoff on Defendants on February 21, 2025. Seven months later, Defendants have still not filed briefing with

2

        this Court addressing those expert reports. That being said, Detroit is, of course, cognizant of the expiration of the appropriations act that funded the Justice Department, and the uncertainty regarding the resumption of funding, and so understands the basis for Defendants' anticipated motion to stay proceedings. Accordingly, the City will not oppose relief, but would ask the Court to craft relief to minimize any necessary delay.

6. Defendants disagree with Plaintiff's characterization of this litigation in several respects, but will refrain from any further response at this time, because Plaintiff ultimately does not oppose the relief requested in this motion.

7. Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of stay of all proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Date: October 1, 2025                                                Respectfully submitted,

                                                     BRETT A. SHUMATE
Assistant Attorney General
Civil Division

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

<u>/s/ Stephen M. Pezzi</u>
STEPHEN M. PEZZI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

4