# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE CITY OF DETROIT,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>   Defendants. | Case No. 2:24-cv-10775-MFL-APP<br>Hon. Matthew F. Leitman<br>Hon. Anthony P. Patti |

## DEFENDANTS' NOTICE REGARDING APPROPRIATIONS

On November 12, 2025, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act of 2026 was signed into law by the President. That law restored appropriations to the Department of Justice and the Department of Commerce, effective November 13, 2025.

This case is currently stayed, per the Court's October 1, 2025 Order granting Defendants' unopposed motion for a stay due to the lapse in appropriations. ECF No. 53. In light of the restoration of appropriations and the Court's scheduling of a status conference earlier today, counsel for the United States now intends to meet and confer with counsel for the City of Detroit regarding the schedule in this case, including for further summary-judgment briefing and (if necessary) a bench trial on Article III standing. The parties will offer a joint proposal (or separate proposals, if they cannot reach agreement) at the upcoming status conference in this case.

Date: November 13, 2025                           Respectfully submitted,

                                                           BRETT A. SHUMATE
Assistant Attorney General
Civil Division

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

<u>/s/ Stephen M. Pezzi</u>
STEPHEN M. PEZZI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*