UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Detroit, City of,

            Plaintiff(s),

v.

            Case No. 2:24−cv−10775−MFL−APP
            Hon. Matthew F. Leitman

United States Department of Commerce, et al.,

            Defendant(s),

## NOTICE OF MOTION HEARING

    You are hereby notified to appear before District Judge Matthew F. Leitman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 110. The following motion(s) are scheduled for hearing:

    Motion for Summary Judgment – #59

- MOTION HEARING: March 12, 2026 at 09:30 AM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                  By: s/Holly A Ryan
                                                                         Case Manager

Dated: December 17, 2025