## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

CITY OF DETROIT,

       Plaintiff,

v.

UNITED STATES DEPARTMENT
OF COMMERCE, et al.,

       Defendants.

Case No. 24-cv-10775
Hon. Matthew F. Leitman

_____/

### ORDER REGARDING SUPPLEMENTAL SUBMISSIONS

At the summary judgment hearing held on March 12, 2026, the Court ordered Defendants to file a supplemental submission within ten (10) days, or if requested for good cause, within fourteen (14) days. Defendants have requested that their deadline be set for fourteen (14) days. Upon reviewing Defendants request, and for good cause shown, the Court hereby ORDERS that Defendants' supplemental submission be filed on Thursday, March 26, 2026. Plaintiff's response to Defendants' supplemental brief shall be filed on or before April 6, 2026.

    **IT IS SO ORDERED**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 25, 2026

1