# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

THE CITY OF DETROIT,

        Plaintiff,

    v.

UNITED STATES DEPARTMENT
OF COMMERCE, *et al.*,

        Defendants.

Case No. 2:24-cv-10775-MFL-APP
Hon. Matthew F. Leitman
Hon. Anthony P. Patti

## DECLARATION OF CHRISTINE HARTLEY
## IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF

I, Christine Hartley, of the United States Bureau of the Census ("Bureau"), declare that the following statements are true and correct to the best of my knowledge and belief, and that they are based on my personal knowledge as well as information provided to me in the ordinary course of my duties. This declaration is submitted in support of Defendants' Supplemental Brief in Support of Defendants' Renewed Motion for Summary Judgment.

1.    I have been employed at the Bureau since 2009. I currently serve as the Assistant Division Chief for Estimates and Projections in the Bureau's Population Division. My area develops the annual estimates of population and housing units produced by the Bureau and facilitates the Population Estimates Challenge Program.

1

2. The City of Detroit ("Detroit") filed an administrative challenge to the Bureau's Vintage 2022 population estimates (which includes estimates for city populations as of July 1, 2022 and July 1, 2021) via the Population Estimates Challenge Program on August 16, 2023.

3. The Bureau issued a written response to Detroit regarding this challenge on February 26, 2024, and the Bureau ultimately revised Detroit's population estimates for both years in response to its challenge.

4. Detroit initially filed an administrative challenge to its Vintage 2023 population estimates via the Population Estimates Challenge Program on August 14, 2024.

5. On November 27, 2024, Detroit withdrew its challenge to the Vintage 2023 population estimates before the Bureau issued a written response or took any further action.

6. On May 16, 2025, Detroit requested derivation sheets featuring the Vintage 2024 population estimates for the city on July 1, 2024, July 1, 2023, July 1, 2022, and July 1, 2021, as well as the associated components used to create each population estimate.

7. Detroit followed up on June 26, 2025 to confirm that the city had decided not to file a challenge to the Vintage 2024 estimates.

*Christine Hartley*

Digitally signed by CHRISTINE HARTLEY
Date: 2026.03.26 13:36:27 -04'00'

Christine Hartley
U.S. Bureau of the Census
Assistant Division Chief, Estimates and Projections

2