UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF DETROIT,

    Plaintiff,

v.

UNITED STATES DEPARTMENT
OF COMMERCE, *et al.*,

    Defendants.

_____/

Case No. 24-cv-10775
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the order entered on this day,

    **IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of

Defendants and against Plaintiff.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan_____
       Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  June 10, 2026
Detroit, Michigan

1