## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

THE CITY OF DETROIT,

      Plaintiff,

v.

UNITED STATES DEPARTMENT
OF COMMERCE, and HOWARD W.
LUTNICK, in his official capacity as
Secretary of Commerce; and the
UNITED STATES CENSUS
BUREAU, an agency within the
United States Department of
Commerce, and GEORGE M. COOK,
in his official capacity as Director of
the United States Census Bureau,

      Defendants.

_____/

Case No. 2:24-cv-10775-MFL-APP

Hon. Matthew F. Leitman

## **<u>NOTICE OF APPEAL</u>**

1

Notice is hereby given that the City of Detroit appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action on June 10, 2026 (ECF No. 68).

Respectfully submitted,

FINK BRESSACK

By: /s/ David H. Fink

David H. Fink (P28235)
Philip D.W. Miller (P85277)
Nathan J. Fink (P75185)
500 Griswold Street, Suite 2400
Detroit, Michigan 48226
(313) 387-3300

CITY OF DETROIT
LAW DEPARTMENT
Conrad L. Mallett, Jr. (P30806)
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
(313) 224-4550

*Attorneys for Plaintiff City of Detroit*

Dated: August 7, 2026

Counsel is Retained

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, I electronically filed the foregoing document using the Court's CM/ECF system, which will notify all counsel of record authorized to receive such filings.

/s/ Philip D.W. Miller
Philip D.W. Miller